744

■

UNITED STATES of America, Appellant, v. Hazel FOOTE, Administratrix of the Estate of Alva Foote, Deceased, and as beneficiary.

No. 11719.

Circuit Court of Appeals, Eighth Circuit.

Jan. 6, 1941.

Julius C. Martin, Director, Bureau of War Risk Litigation, Wilbur C. Pickett, Sp. Asst. to the Atty. Gen., and Fendall Marbury, Sp. Atty., Department of Justice, all of Washington, D. C., and Richard K. Phelps, Asst. U. S. Atty., and Charles L. Chalender, both of Kansas City, Mo., for appellant.

Lawrence E. Goldman and Frank R. Daley, both of Kansas City, Mo., for appellee.

PER CURIAM.

Motion of appellant and stipulation of parties to reverse and vacate judgment appealed from sustained and cause remanded, etc.

UNITED STATES of America, Appellant, v. Carroll Tillman McCREARY, Appellee.

No. 9648.

Circuit Court of Appeals, Ninth Circuit.

Jan. 13, 1941.

Carl C. Donaugh, U. S. Atty., of Portland, Or., for appellant.

Allan A. Bynon and C. G. Schneider, both of Portland, Or., for appellee.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellant, and stipulation of counsel for respective parties, for reversal of the judgment of the District Court herein, and remand of the cause for a new trial, and good cause therefor appearing, ordered motion granted, that a judgment be filed and entered accordingly, and mandate of this court in this cause issue forthwith.

Victor VON BADEN, Appellant, v. UNITED STATES of America, Appellee.

No. 8790.

Circuit Court of Appeals, Sixth Circuit.

Feb. 5, 1941.

Lionel Levy, John W. Hackett, and Edwin J. Lynch, all of Toledo, Ohio, for appellant.

E. B. Freed, U. S. Atty., and Gerald P. Openlander, Asst. U. S. Atty., both of Toledo, Ohio, for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

Pursuant to agreed motion of counsel, it is ordered that the appeal herein be and the same is hereby dismissed.